## Cato *v.* The State.

APPEAL from Montgomery City Court.

Tried before the Hon. A. D. SAYRE.

J. J. WOODWARD, for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for grand larceny.

The judgment of conviction is affirmed.

Opinion by HARALSON, J.